H. A. Hall for use of William E. Norris, appellee, v. John R. Robertson, appellant. Gen. No. 25,680.

Judgment for plaintiff. Stipulation by parties that this judgment appealed from be reversed at the cost of appellee. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed February 14, 1921.

Ashcraft & Ashcraft, for appellant; E. M. Ashcraft, of counsel. Clinton A. Stafford, A. W. Martin and Edward H. S. Martin, for appellee.

Per Curiam.

---

Ada E. Fletcher, administratrix of the estate of Rollin S. Strang, deceased, plaintiff in error, v. Chicago Railways Company et al., defendants in error. Gen. No. 26,165.

Action to recover for death of pedestrian struck by a street car. Judgment *nil capiat*. Error to the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921.

James C. McShane, for plaintiff in error. Charles Le Roy Brown, for defendants in error; John R. Guilliams and Franklin B. Hussey, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

U. S. Brewing Company of Chicago, appellee, v. Thomas C. O'Hern et al., appellants. Gen. No. 26,295.

Action to recover rent. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 19, 1921.

Winston & Lowy, for appellants. Winston, Strawn & Shaw, for appellee; Ross D. Netherton, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Tessie J. Oft, administratrix of the estate of John F. Oft, deceased, appellant, v. Albert J. Rehm, appellee. Gen. No. 26,345.

Action to recover for death of person struck by automobile. Judgment *nil capiat*. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed February 19, 1921.

A. B. Dunning and Abel L. Allen, for appellant. Raphael W. Marrow, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.